JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| HEIDI SMITH,<br><br>        Plaintiff,<br><br>    vs.<br><br>CREDIT CONTROL, LLC, et. al.<br>        Defendants. | Case No.: 2:20-cv-01361-DSF-JC<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Credit Control, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

   IT IS SO ORDERED.

DATED: July 1, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1
ORDER